## UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

November 6, 2025

**CLERK, US DISTRICT COURT**
New Jersey District Court
United States Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

Re:  Saed Ali Mirreh

Your No:  25-11260
Our No:  MJ25-708

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated November 6, 2025, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at https://ecf.wawd.uscourts.gov/.

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Jessica Sands,
Deputy Clerk